IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Richard N. Myers,                          :
                   Petitioner     :
                                            :
                 v.                    :     No. 1337 C.D. 2019
                                            :
Pennsylvania Public Utility          :
Commission,                                :
                  Respondent     :

## *AMENDING ORDER*

NOW, this 13th day of December, 2023, it is hereby ORDERED that the Opinion and Order filed on November 3, 2023 is hereby withdrawn and replaced with the attached amended Opinion and Order, amending the citation in footnote 3 on page 9. The footnote now reads as follows:

> "… the Fourth Amendment of the United States Constitution, U.S. Const. amend **IV**."

_____
PATRICIA A. McCULLOUGH, Judge